IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EUGENE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NOS. 2:19-CV-693-WKW |
| | ) | 2:19-CV-694-WKW |
| R. LEWIS, B. DANIELS, | ) | |
| B. WILLIAMS C. BRYANT, | ) | |
| MR. GILLIAM, and M. SPENCER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Because these actions involve common questions of law and fact, consolidation under Rule 42(a) will promote judicial economy and reduce duplication and costs. Accordingly, it is ORDERED as follows:

(1) The Clerk of the Court is DIRECTED to consolidate the above-styled actions and to annotate the dockets to designate civil action number 2:19-CV-693 as the lead case;

(2) The Clerk of the Court is DIRECTED to reassign Civil Action No. 2:19-CV-693 to Kelly F. Pate as the Magistrate Judge; and

(3) The parties shall make all filings in the lead case.

DONE this 17th day of October, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE